UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Lonnie and Ellen Little,

            Plaintiffs,

vs.                            ORDER ADOPTING
                                REPORT AND RECOMMENDATION

Michael Ian Striker, Zak Paul
Manuszak, James M. Boo,
Robert Michael Keelin,

            Defendants.     Civ. No. 05-2387 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Plaintiff's Motion for Default Judgment, as to Damages [Docket No. 44] is granted.

    2.    That the Plaintiffs Lonnie and Ellen Little, are awarded the sum of $83,073.01, in monetary damages, against the Defendant Robert Michael Keelin.

    3.    That the Plaintiffs may bring an additional claim to seek to recover the reimbursement of appropriate Court costs and expenses, reasonable attorney fees, and post-Judgment interest.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12/5/07                                                      s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz
                                                                  United States District Judge